SMITH, APPELLANT, ET AL., *v.* INLAND PAPERBOARD
& PACKAGING, INC., ET AL., APPELLEES.

[Cite as *Smith v. Inland Paperboard & Packaging,
Inc.,* 126 Ohio St.3d 64, 2010-Ohio-3133.]

(Nos. 2009–1471 and 2009–1546—Submitted March
31, 2010—Decided July 8, 2010.)

---

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *Kaminski v. Metal & Wire Prods. Co.,* 125 Ohio St.3d 250, 2010-Ohio-1027, 927 N.E.2d 1066, and *Stetter v. R.J. Corman Derailment Servs., L.L.C.,* 125 Ohio St.3d 280, 2010-Ohio-1029, 927 N.E.2d 1092.

{¶ 2} Appellant's motion for full briefing and argument or, in the alternative, for remand is denied.

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinions in *Kaminski v. Metal & Wire Prods. Co.* and *R.J. Corman Derailment Servs.*

BROWN, C.J., not participating.

---

Paul W. Flowers Co., L.P.A., and Paul W. Flowers; and Webster, Dubyak & Weyls Co., L.P.A., and John R. Liber II, for appellant.

Kastner, Westman & Wilkins, L.L.C., Keith L. Pryatel, and Thomas Evan Green, for appellees.